Auria Thompson, an Infant, by Jerry Thompson, Her Guardian ad Litem, Respondent, et al., Plaintiff, v. Presbyterian Hospital in the City of New York, Appellant, et al., Defendant.—

Hopkins, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.